IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 08-cv-01610-REB-MEH

STATE FARM LIFE INSURANCE COMPANY,

    Plaintiffs,

v.

DONNA FAYE HENEGER (f/k/a Donna Faye Bright), and
FRANK M. BRIGHT,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before me is the **Stipulation For Dismissal With Prejudice** [#26], filed February 5, 2009. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation For Dismissal With Prejudice** [#26], filed February 5, 2009, is **APPROVED**; and

    2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated February 5, 2009, at Denver, Colorado.

                                        BY THE COURT:

                                        *Bob Blackburn*
                                        Robert E. Blackburn
                                        United States District Judge